NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1171, -1558

OUTSIDE THE BOX INNOVATIONS, LLC (doing business as Union Rich USA),

> Plaintiff/Counterclaim Defendant-
> Cross-Appellant,

and

BONAKA LIMITED, BONAKA PLASTIC MANUFACTURING CO., LTD.,
UNION RICH PLASTIC FACTORY, LTD., CHRISTOPHER URE,
and MATT WILLIAMS,

> Counterclaim Defendants-Appellees,

and

TERRY KINSKEY and LYNN MARTINEAU,

> Counterclaim Defendants,

v.

TRAVEL CADDY, INC.

> Defendant/Counterclaimant-
> Appellant,

and

ROOSTER PRODUCTS (doing business as The Rooster Group),

> Defendant/Counterclaimant.

Appeals from the United States District Court for the Northern District of Georgia
in case no. 1:05-CV-2482, Senior Judge Orinda D. Evans.

ON MOTION

## O R D E R

Upon consideration of Travel Caddy, Inc.'s motions for leave to respond to Union Rich's motion to disqualify and for an extension of time to file its response,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

FEB 0 1 2010
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:  J. Rodman Steele, Jr., Esq.
    Joel D. Myers, Esq.
    Jeffrey D. Mills, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2010

JAN HORBALY
CLERK

2009-1171, -1558                    2